# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS



2013 FEB 15 PM 1:27

DEPUTY CLERK

**Plaintiff:** CRAIG WHITE
520 PINE ST.
COLORADO CITY, TX., 79512

v.

**Defendant:** CITY OF COLORADO CITY
ROY "TINKER" OWENS
ACTING AS CHEIF OF POLICE
201 W. 3RD ST.
COLORADO CITY TX 79512

Civil Action No. **1-13CV-029-C**

## COMPLAINT

CHEIF "TINKER" OWENS OF THE COLORADO CITY POLICE DEPARTMENT HAS INSTITUTED UNWRITTEN POLICY TO <u>NOT INVESTIGATE</u> THE CONTINUAL STALKING/DRUGGING/POISONING OF ME BY THE LUBBOCK FBI SO AS TO "NOT MAKE THEM MAD". HE IN FACT ACTS AS IF THEY ARE BUT NEVER ACTUALLY DOES ANYTHING OF SUBSTANCE. THIS HAS CAUSED ME TO LOSE MY JOB BECAUSE I WAS TOO MESSED UP BY THE DRUGGING/POISONING TO PERFORM MY JOB WHICH WAS DRIVING A TRUCK. THIS IS A VIOLATION OF MY CONSTITUTIONAL RIGHT TO EQUAL PROTECTION OF THE LAWS RESULTING IN THE LOSS OF MY JOB, SEVERE MENTAL + EMOTIONAL STRESS, AND THE INABILITY TO FUNCTION IN EVERY DAY LIFE, DUE TO THE FACT THAT I AM PHYSICALLY SICK MOST OF THE TIME. THIS HAS ALSO RESULTED IN COUNTLESS HOSPITOL BILLS OF WHICH I CANNOT PAY. COLORADO CITY POLICE DEPARTMENT ALSO INFLUENCED MY MEDICAL CARE WHILE AT THE HOSPITAL SEVERAL TIMES RESULTING IN THE REFUSAL TO TEST MY BLOOD PROPERLY.

✱ SEE ATTATCHED PAGES.

Date: 2-15-13
Signature: Craig White
Print Name: CRAIG WHITE
Address: 520 PINE ST.
City, State, Zip: COLORADO CITY
Telephone: 806 392 7643

CRAIG WHITE VS CHEIF "TINKER" OWENS OF THE COLORADO CITY POLICE DEPARTMENT AND THE CITY OF COLORADO CITY

## COMPLAINT

1. CHEIF "TINKER" OWENS HAS REFUSED REPITITIVELY TO INVESTIGATE THE CONTINUAL STALKING, DRUGGING AND/OR POISONING OF ME, RESULTING IN THE SAME.

2. HE HAS STATED TO ME (ON AUDIO TAPE) THAT HE DID NOT WANT TO MAKE THE ACCUSED (LUBBOCK FBI) MAD.

3. THE COLORADO CITY POLICE DEPARTMENT ARE COACHED BY THE ACCUSED IN HOW TO ACT AS IF THEY ARE DOING THEIR JOBS, PLACATING ME INTO NON ACTION WHILE I AM BEING SLOW POISONED, THUS SPOOFING ME OF EQUAL PROTECTION OF THE LAWS RESULTING IN THE LOSS OF MY JOB AND POSSIBLY MY LIFE. (I HAVE 15-30 AUDIO TAPES OF ME TRYING TO GET AN INVESTIGATION THAT PROVE THIS).

4. I AM BEING DRUGGED AND/OR POISONED DAILY AND AM UNABLE TO FUNCTION AT A NORMAL AVERAGE LEVEL, THUS DENYING ME THE ABILITY TO THINK STRAIGHT, OR HAVE THE PHYSICAL CAPABILITIES (DUE TO THE FACT THAT I AM TOO SICK TO GET OUT OF BED), TO DEFEND MYSELF ADEQUATELY IN A LEGAL MANNER AND FOR THIS REASON AM REQUESTING AN EMERGENCY HEARING TO ADDRESS THIS AND OTHER EXTRAORDINARY LEGAL ISSUES CONCERNING THIS FIASCO OF JUSTICE AND DEMOCRACY

OTHER EXTRAORDINARY LEGAL ISSUES:

1. THE POSSIBLE CONFLICT OF INTEREST THAT JUDGE SAM CUMMINGS HAS SINCE HE WORKS IN THE SAME BUILDING AS THE PERPETRATORS AND RELYS ON THEM FOR PROTECTION, NOT TO MENTION THE REVERSAL OF CONVICTIONS IN HIS COURT IN WHICH THE PERPETRAITORS HAVE PREVIOUSLY WORKED ON, 2 SHOULD THE TRUTH GET OUT, THAT THEY ARE SEXUAL PREDATORS WHO USE THE RESOURCES OF THE FED GOV'T, (SOME STATE SECRETS) TO RAPE U.S. CITIZENRY,

☙JS 44 (TXND Rev. 2/10)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
CRAIG WHITE
520 PINE ST.
COLORADO CITY, TX, 79512

## DEFENDANTS
"TINKER" OWENS (POLICE CHIEF)
201 W. 3RD ST.
CITY OF COLORADO CITY  79512

(b) County of Residence of First Listed Plaintiff: **MITCHELL CNTY.**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: **MITCHELL**
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number): **SELF**

Attorneys (If Known): **NOT KNOWN**

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
|  | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise |  |  | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 530 General |  |  |  |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty | **IMMIGRATION** |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application |  |  |
|  | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 446 Amer. w/Disabilities - Other / ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions |  |  |
|  | ☒ 440 Other Civil Rights |  |  |  |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
**EQUAL PROTECTION (U.S. CONSTITUTION)**
Brief description of cause:
**POLICE REFUSE TO INVESTIGATE VIOLENT CRIME COMITTED AGAINST ME**

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ **YES**
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) PENDING OR CLOSED:
(See instructions)
JUDGE _____ DOCKET NUMBER _____

DATE **2-15-13**
SIGNATURE OF ATTORNEY OF RECORD **(SELF)** *Craig White*

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____